# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS J. WEST,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,<br><br>    Defendant. | Civil No. 1:14-cv-03250-RWS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE STORY:

Plaintiff Thomas J. West and Defendant TransUnion Rental Screening Solutions, Inc. and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Thomas J. West and TransUnion Rental Screening Solutions, Inc. to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against TransUnion Rental Screening Solutions, Inc., which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice with court costs to be paid by the party incurring same.

6400502.1/SP/83057/1726/111914
iManage 11183777v.1

Dated:  January 5, 2015

                        Respectfully submitted,

                        **THOMAS M. WEST,
ATTORNEY AT LAW**

                        */s/ Thomas M. West*
                        **THOMAS M. WEST**
                        Georgia Bar No. 749050
                        P.O. Box 235
                        Bethlehem, GA 30620
                        Telephone: (404) 589-0136
                        Email: Tom_McWest@hotmail.com

                        *Counsel for Plaintiff*

                        **HAWKINS PARNELL
THACKSTON & YOUNG LLP**

                        */s/ Alex M. Barfield*
                        **ALEX M. BARFIELD**
                        Georgia Bar No. 037147
                        Suite 4000 SunTrust Plaza
                        303 Peachtree Street, NE
                        Atlanta, GA  30308-3243
                        Telephone: (404) 614-7400
                        Facsimile: (404) 614-7500
                        Emails: abarfield@hptylaw.com

                        *Counsel for Transunion Rental Screening Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas M. West
Attorney at Law
P.O. Box 235
Bethlehem, GA 30620
tom_mcwest@hotmail.com
*Counsel for Plaintiff*

*/s/ Alex M. Barfield*
**ALEX M. BARFIELD**
Georgia Bar No. 037147
abarfield@hptylaw.com